UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
SHERRY GOULD,                                                :
                              Plaintiff,   :        23 Civ. 8413 (LGS)
:
        -against-                       :           ORDER
:
JP MORGAN CHASE & CO. et al.,                                :
                             Defendants.  :
:
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Order dated November 29, 2023, required Plaintiff to file a status letter apprising the Court of the status of any arbitration every 60 days from the date of that Order;

       WHEREAS, pursuant to the November 29, 2023, Order, a status letter was due on May 12, 2024;

       WHEREAS, the parties failed to timely submit the letter.  It is hereby

       **ORDERED** that, by **May 16, 2024**, the parties shall file the status letter.

Dated: May 14, 2024
       New York, New York

                                                      LORNA G. SCHOFIELD
                                                      UNITED STATES DISTRICT JUDGE